UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RUDY FLEMING,

                               Plaintiff,

v.

ZL HANCZAROWSKI, CO, et al.,

                               Defendants.
_____

DECISION AND ORDER

23-CV-6522DGL

      Plaintiff's *pro se* action alleging claims under 42 U.S.C. § 1983 (civil rights) has been administratively closed because plaintiff failed to properly follow the procedures for proceeding *in forma pauperis*. Plaintiff was given time to correct those matters and seek to reopen the case.

      Plaintiff moves, *pro se*, (Dkt. #5) for appointment of counsel. The motion is denied. There is no right to have appointed counsel in civil actions.

## CONCLUSION

      Plaintiff's motion (Dkt. #5) for appointment of counsel is DENIED.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
         November 29, 2023.